Harold A. HAHN, et al., Respondents,

v.

COLUMBIA UNION NATIONAL BANK & TRUST COMPANY, et al., Appellants.

No. WD 35180.

Missouri Court of Appeals, Western District.

Sept. 25, 1984.

Harland D. Burkhead, Kansas City, for appellants.

Laurence R. Tucker, Kansas City, for respondents.

Before TURNAGE, C.J., and MANFORD, and LOWENSTEIN, JJ.

ORDER

PER CURIAM:

This is a civil action to determine the liability of an issuing bank to pay the proceeds of a cashier's check.

The judgment is affirmed. Rule 84.16(b).